# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                  Case No. 8:08-cv-2110-T-30TGW

SELECT INVESTMENTS NETWORK, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Suspend Local and General Rules Pending ADA Inspection and Remediation Plan (Dkt. 9). Plaintiff has failed to file a timely response to the motion. The Court, having thus considered the motion and supporting memoranda without a response, and being otherwise fully advised in the premises, determines the motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Suspend Local and General Rules Pending ADA Inspection and Remediation Plan (Dkt. 9) is **GRANTED**.

2. This action is **STAYED** for six (6) months. During this time Defendant shall:

    (1) identify the barriers and impediments to the disabled,

    (2) develop a reasonable remediation plan,

(3) inform the Court and the Plaintiff of its plan and schedule of impediments, and

(4) undertake such work as can be performed with the resources available; or file an appropriate motion explaining why these tasks cannot be accomplished.

**DONE** and **ORDERED** in Tampa, Florida on January 22, 2009.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2110.mt suspend.frm